## Robert LEWIS *v.* STATE of Arkansas

CR 00-1031                                    26 S.W.3d 585

### Supreme Court of Arkansas
### Opinion delivered September 28, 2000

*Sandra S. Cordi*, for appellant.

No response.

PER CURIAM. Appellant, Robert Lewis, by his attorney, Sandra Cordi, has filed a motion for rule on the clerk. His attorney admits that the record was tendered late due to a mistake on her part.

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See Terry v. State*, 272 Ark. 243, 613 S.W.2d 90 (1981); *In Re: Belated Appeals in Criminal Cases*, 295 Ark. 964 (1979)(per curiam).

A copy of this per curiam will be forwarded to the Committee on Professional Conduct. *In Re: Belated Appeals in Criminal Cases, supra.*